■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARNOLD JOHNSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered October 15, 1986, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, he was not deprived of his right to testify before the Grand Jury. Although the defendant was given notice of his right to testify he failed to notify the District Attorney's office in a timely manner of his desire to do so (CPL 190.50 [5] [a]; *see, People v Jackson,* 119 AD2d 587), and thus his right to testify did not accrue *(People v MacCall,* 122 AD2d 79).

We have reviewed the defendant's remaining contention and find it to be without merit *(see, People v Bellamy,* 160 AD2d 886; *People v Ghee,* 153 AD2d 954). Bracken, J. P., Harwood, Miller and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JOHNSON, Also Known as JAMES E. JONES, Appellant.— Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered June 30, 1989, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Brown, Balletta, Miller and O'Brien, JJ., concur.